UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
Maersk

-v-

Sirebec

------------------------------X

09 CIV 5794 (JFK)

Please be advised that the conference scheduled for  September 21, 2009  has been rescheduled to  October 8, 2009  at  9:45 am

in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York
September 21, 2009

JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE: 9-21-09